UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    ecf case
-----------------------------------------------------------------------X
TRUSTEES OF THE UNITED WIRE METAL
AND MACHINE HEALTH & WELFARE FUND UNITED
WIRE METAL AND MACHINE PENSION FUND and the         05CIV7225 (LAP)
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
LOCAL UNION 810,

            Plaintiffs,    RULE 7.1

 -against-


DEPENDABLE LITHOGRAPHERS, INC.,

            Defendant.
-----------------------------------------------------------------------X

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

 None.


Dated: August 10, 2005

              s/Karin Arrospide, Esq.
              Karin Arrospide, Esq.  (KA9319)
              Barnes, Iaccarino, Virginia,
              Ambinder & Shepherd
              258 Saw Mill River Road
              Elmsford, NY  10523
              (914) 592-1515