ATTY: SPEEDY
UNITED STATES DISTRICT COURT   CASE NO. 05CIV 7225
**SOUTHERN DISTRICT OF NEW YORK**

---

TRUSTEES OF THE UNITED WIRE METAL AND MACHINE HEALTH & WELFARE FUND, ET AL,
PLAINTIFF(S)

-against-

DEPENDABLE LITHOGRAPHERS, INC.,
DEFENDANT(S)

---

STATE OF NEW YORK, COUNTY OF ALBANY: SS;

**DIANE KOEHLER** being duly sworn, deposes and says that she is over 18 years, resides in the State of New York and is not a party to this action. That on the 22nd day of August, 2005 at **2 pm** at the office of the Secretary of State of State of New York in the City of Albany, New York, she served the **SUMMONS AND COMPLAINT AND JUDGES RULES**
UPON: **DEPENDABLE LITHOGRAPHERS, INC.**
in this action by delivering to and leaving with CAROL VOGT clerk in the office of the Secretary of State of New York, TWO (2) TRUE COPIES and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 BCL deponent further states, she knew the said served to be an authorized CLERK in the Corporate Division of the State of New York.

Deponent describes the person actually served as follows:
Sex:     FEMALE
Skin:    WHITE
Hair:    BROWN
AGE:     23
Height:  5'
Weight:  118 LBS.

DIANE KOEHLER

SWORN TO BEFORE ME THIS
23RD DAY OF AUGUST, 2005

DONNA M. TIDINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TI4898570, QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JUNE 15, 2007