# BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

November 21, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/05

VIA FACSIMILE TRANSMISSION
(212) 805-7941
Honorable Justice Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Trustees of the United Wire Metal, et. al. vs. Dependable Lithographers, Inc.,
Index No. 05-CIV-07225 (LAP)

Dear Justice Preska:

This firm is counsel to Plaintiffs in the above-referenced lawsuit and I write to inform the Court on the status of this matter.

Our client has received notification that the Defendant-Employer filed for Chapter 11 Bankruptcy protection in the Eastern District of New York. In accordance with the rules of the Bankruptcy Court, Plaintiffs understand that <u>this matter is stayed pending the outcome of the bankruptcy petition.</u>

For the Court's convenience, Dependable Lithographers, Inc's bankruptcy matter is pending in the United States Bankruptcy Court for the Eastern District of New York and is assigned Case No. 05-23040 (ESS).

Thank you.

Respectfully submitted,

Karin Arrospide, Esq.

cc: Dependable Lithographers, Inc.

*[Handwritten annotation:]* The action shall be transferred to the suspense calendar. Counsel shall inform the Court by letter no later than June 30, 2006 of the status of the bankruptcy proceeding.

SO ORDERED

November 28, 2005

Loretta A. Preska
UNITED STATES DISTRICT JUDGE