USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Trustees of the United
Wire Metal and Machine
Health & Welfare Fund, et al.

v.

Dependable Lithographers, Inc.

-------------------------------------------------X

05 CV 7225 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than

_March 25_____ of the status of this action.

SO ORDERED:

Dated: _MARCH 5, 2008_

_Loretta A. Presky_
LORETTA A. PRESKA, U.S.D.J.

orderstatus