UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

-------------------------------------x

TRUSTEES OF THE UNITED WIRE METAL AND
MACHINE HEALTH & WELFARE FUND and
PENSION FUND and INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL 810,

          Plaintiffs,

Index No.: 05-CIV-7225 (LAP)

**VOLUNTARY NOTICE OF DISMISSAL & ORDER**

-and-

DEPENDABLE LITHOGRAPHERS, INC,

          Defendant.

-------------------------------------x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action without prejudice.

Dated: March 23, 2008
      Elmsford, New York

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

By: _____
Karin Arrospide, Esq. (KA9319)
Attorney for Plaintiffs
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED

_____
Honorable Loretta A. Preska, U.S.D.J.